# **EXHIBIT 2**




**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Agent for SMM New England Corporation
in Rhode Island
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Richard Damico
C. Date of Delivery: Oct 15 24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Warwick Main Office OCT 16 2024 postmark]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 1120 6987 09

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

[USPS MILK STREET STATION OCT 10 2024 postmark]

Certified Mail Fee: $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage: $2.04
Total Postage and Fees: $

Sent To: Corporation Service Company
Street and Apt. No., or PO Box No.: 222 Jefferson Blvd., Ste. 200
City, State, ZIP+4®: Warwick, RI 02888

9589 0710 5270 1120 6987 09

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO **CANADA** IS TEM…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701120698662

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 9:58 am on October 18, 2024 in CHICAGO, IL 60606.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
CHICAGO, IL 60606
October 18, 2024, 9:58 am

● **Out for Delivery**
CHICAGO, IL 60606
October 18, 2024, 6:10 am

● **Arrived at Post Office**
CHICAGO, IL 60699
October 17, 2024, 9:56 am

● **In Transit to Next Facility**
October 15, 2024

● **Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
October 11, 2024, 3:14 am

Feedback

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEM…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701120698686

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:58 am on October 18, 2024 in CHICAGO, IL 60606.

**Get More Out of USPS Tracking:**

　USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

CHICAGO, IL 60606
October 18, 2024, 9:58 am

Feedback

**Out for Delivery**

CHICAGO, IL 60606
October 18, 2024, 6:10 am

**Arrived at Post Office**

CHICAGO, IL 60699
October 17, 2024, 9:56 am

**In Transit to Next Facility**

October 15, 2024

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
October 11, 2024, 3:14 am



**USPS Certified Mail Return Receipt (PS Form 3811)**

- A. Signature: X (signed)
- B. Received by (Printed Name): [illegible]
- C. Date of Delivery: 10/15/24
- Agent / Addressee: (unchecked)
- D. Is delivery address different from item 1? Yes / No
- Postmark: OCT 15 2024, FORT POINT STATION, BOSTON MA 02205, DO NOT DELIVER CAGE

1. Article Addressed to:
   David Cash, Regional Administrator
   U.S. Environmental Protection Agency, Region 1
   5 Post Office Square, Suite 100
   Boston, MA 02109

2. Article Number: 9589 0710 5270 1120 6987 54

3. Service Type: Certified Mail®

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**U.S. Postal Service Certified Mail Receipt (PS Form 3800)**

- Mailed from: Boston, MA 02109
- Certified Mail Fee: $4.85
- Extra Services & Fees: Adult Signature Restricted Delivery $2.04
- Postage: [blank]
- Total Postage and Fees: $10.99
- Sent To: David Cash
- Street and Apt. No: 5 Post Office Sq. Ste. 100
- City, State, ZIP+4: Boston, MA 02109
- Postmark: USPS MILK STREET STATION, OCT 10 2024
- Article Number: 9589 0710 5270 1120 6987 54

PS Form 3800, January 2023 PSN 7530-02-000-9047 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terrence Gray, Director
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, RI 02908

9590 9402 8899 4064 2907 11

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Watthewn        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M Stevenson
C. Date of Delivery: 10/18/2024

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 1120 6987 85

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Providence RI 02908    OFFICIAL USE

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.04
Total Postage and Fees  $10.99

Sent To: Terrence Gray
Street and Apt. No., or PO Box No.: 235 Promenade St.
City, State, ZIP+4: Providence, RI 02908

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark: OCT 10 2024  BOSTON MA 02196

9589 0710 5270 1120 6987 85