# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

CONSERVATION LAW FOUNDATION, INC. )
)
Plaintiff, )
)
v. )    Case No. 1:24-CV-00520
)
SIMS GROUP USA CORPORATION; )
SIMS GROUP USA HOLDINGS )
CORPORATION; )
SMM NEW ENGLAND CORPORATION, )
)
Defendants. )

## JOINT MOTION FOR FIVE-MONTH STAY OF LITIGATION

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Conservation Law Foundation, Inc., and Defendants SMM New England Corp., Sims Group USA Corp., and Sims Group USA Holdings Corp. (collectively, "Parties"), by and through undersigned counsel, respectfully move for a five-month stay of all deadlines and proceedings in the above-caption action, including discovery and motion practice, until October 5, 2026, to allow the Parties to attempt to resolve this suit without further litigation. In support of this Motion, the Parties state as follows:

1.    The Court has broad discretion to manage its docket and to stay proceedings for good cause. *See* Fed. R. Civ. P. 1 and 16.

2.    The Parties have engaged in extensive settlement discussions and have made substantial progress toward a comprehensive resolution. The Parties believe the proposed stay would support their efforts to resolve this suit without further litigation.

3.      A five-month stay will conserve judicial resources and avoid unnecessary expense associated with continued litigation. The requested stay is limited in duration and jointly sought in good faith.

4.      No party will be prejudiced by the requested stay. To the contrary, a stay will facilitate efficient resolution and may obviate further motion practice and discovery.

5.      The Parties respectfully request that all current deadlines be stayed until October 5, 2026.

6.      Good cause exists to extend all current deadlines for the duration of the stay. Fed. R. Civ. P. 6(b).

WHEREFORE, the Parties jointly request that the Court enter the accompanying Proposed Order:

a) Staying all proceedings and deadlines in this matter until October 5, 2026; and

b) Extending all existing deadlines under the Federal Rules of Civil Procedure, the Local Rules, and any operative scheduling order to dates to be set, if needed, following the stay.

Dated: May 5, 2026                                Respectfully submitted,

DEFENDANTS SIMS GROUP USA              PLAINTIFF CONSERVATION LAW
CORPORATION, SIMS GROUP USA            FOUNDATION, INC.,
HOLDINGS CORPORATION, SMM NEW
ENGLAND CORPORATION,                        By Its Attorney,

By Their Attorney,                              */s/Phoebe K. DeMeerleer*_____
                                                Phoebe K. DeMeerleer (#10791)
Cervenka Green LLC                              Conservation Law Foundation
                                                235 Promenade St.
*/s/Jennifer Cervenka*_____          Ste. 560
Jennifer Cervenka (#6340)                       Providence, RI 02908
225 Dyer Street, 2nd Floor                      (425) 268-7358
Providence, RI 02903                            pdemeerleer@clf.org
jcervenka@cgesq.com

(401) 542-1726

Beveridge & Diamond, PC

John H. Paul *(pro hac vice to be submitted)*
825 Third Ave., 16th Floor
New York, New York 10022
JPaul@bdlaw.com
(212) 702-5456

Laura K. McAfee *(pro hac vice to be submitted)*
201 North Charles Street
Suite 2210
Baltimore, MD 21201
LMcAfee@bdlaw.com
(410) 230-1330

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/Jennifer Cervenka*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-CV-00520 |
| SIMS GROUP USA CORPORATION; SIMS GROUP USA HOLDINGS CORPORATION; SMM NEW ENGLAND CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Five-Month Stay of Litigation, and for good cause shown, it is hereby ORDERED:

1.     The Motion is GRANTED.

2.     All proceedings and deadlines in this action are STAYED until October 5, 2025.

3.     All deadlines under the Federal Rules of Civil Procedure, the Local Rules of the District of Rhode Island, and any operative scheduling order are extended, and will be reset if necessary following the stay.

IT IS SO ORDERED.

Dated:

_____
Hon. Melissa R. DuBose
United States District Judge